UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1691
(8:13-cv-00066-DKC)
_____

MONTGOMERY COUNTY, on behalf of itself and all others similarly situated,

    Plaintiff – Appellant

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation; FEDERAL HOUSING FINANCE AGENCY, a federal agency, as conservator for FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Defendants – Appellees

_____

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE APPELLANT'S OPENING BRIEF (FIRST REQUEST)**

    Montgomery County, Maryland, the Appellant in the above captioned appeal ("Appellant"), respectfully moves the Court, pursuant to Local Rule 31(c), for an extension of time for filing Appellant's Opening Brief for thirty (30) days from July 9, 2013 up to and including August 8, 2013 for good cause.

    As required by Local Rule 27(a), the undersigned notified all counsel of the intended filing of this motion; all opposing parties consent to the granting of this motion.

    Appellant shows that an extension of time to file its Opening Brief is appropriate due to the complex nature of the Constitutional issues presented, intervening holidays, and scheduling conflicts. Appellant has made no prior requests for an extension of time.

    WHEREFORE, the Appellant, Montgomery County, Maryland, respectfully moves the Court

for an extension of time to file the Appellant's Opening Brief for thirty (30) days from July 9, 2013 up to and including August 8, 2013.

Respectfully submitted June 26, 2013

/s/ Don Springmeyer
  Don Springmeyer
  Pro Hac Vice Attorney
  **Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP**
  3556 E. Russell Road, 2nd Floor
  Las Vegas, NV 89120
  Tel: (702) 341-5200
  Fax: (702) 341-5300
  dspringmeyer@wrslawyers.com
*Attorney for Plaintiff/Appellant*
*Montgomery County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2013, a true and correct copy of **CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
    Christie Rehfeld, an Employee of
    WOLF, RIFKIN, SHAPIRO, SCHULMAN &
    RABKIN, LLP